IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-069-FDW-DCK

| | |
|---|---|
| BERKSHIRE GROUP LP, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SOMPO INTERNATIONAL HOLDINGS LTD., d/b/a SOMPO INTERNATIONAL INSURANCE, and ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Andrew L. Chapin, concerning Gerald M. Murphy, on February 23, 2023. Gerald M. Murphy seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Gerald M. Murphy is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: February 23, 2023

David C. Keesler
United States Magistrate Judge