IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-069-FDW-DCK

| | |
|---|---|
| BERKSHIRE GROUP LP, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) filed by David S. Coats, concerning Jonathan R. Walton, on October 18, 2023. Jonathan R. Walton seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) is **GRANTED**. Jonathan R. Walton is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: October 18, 2023

David C. Keesler
United States Magistrate Judge